IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 19–58–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KEVIN KENNTH GAETHLE, | |
| Defendant. | |

United States Magistrate Judge Kathleen L. DeSoto entered Findings and

Recommendation in this matter on February 18, 2020. Neither party objected and

therefore they are not entitled to *de novo* review of the record. 28 U.S.C. §

636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).

Judge DeSoto recommended this Court accept Kevin Kenneth Gaethle's

guilty plea after Gaethle appeared before her pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to one count of possession with the

intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, as set forth in Count II of the Indictment. Defendant further agrees to the forfeiture allegation in the Indictment.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 29), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Kevin Kenneth Gaethle's motion to change plea (Doc. 22) is GRANTED and Kevin Kenneth Gaethle is adjudged guilty as charged in Count II of the Indictment.

DATED this 5th day of March, 2020.

Dana L. Christensen, Chief District Judge
United States District Court